# Notice Recipients

District/Off: 1126–2   User: admin   Date Created: 3/7/2025
Case: 23–02088–TOM13   Form ID: van122   Total: 69

**Recipients of Notice of Electronic Filing:**
tr    Bradford W. Caraway    ctmail@ch13bham.com
aty   Paul J Spina, III      pspina@spinalavelle.com
aty   Stephen H Jones        shjlaw@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Pamela Tidwell        4036 Long Leaf Drive     Gardendale, AL 35071
cr         Flowering Peach BK LLC    PO Box 1149     Grapevine, Tx 76099
11167548   1st Franklin Financial    P.O. Box 250    Bessemer, AL 35021
11168601   1st Franklin Financial Corporation    Attn: Administrative Services    PO Box 880    Toccoa Ga, 30577
11167552   AT&T       P.O. Box 105503    Atlanta, GA 30348
11167549   Alabama Power    P.O. Box 242    Birmingham, AL 35246
11167550   Alagasco    20 South 20th Street    Birmingham, AL 35295
11167551   Amazon Credit    P.O. Box 965015    Orlando, FL 32896
11171427   Ashley Funding Services, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
11167553   Bank of Missouri    5109 S Broadband Lane    Sioux Falls, SD 57109
11167554   Birmingham Water Works Board    3600 1st Avenue North    Birmingham, AL 35222
11215455   Brandon S. Lefkowitz    29777 Telegraph Road, Suite 2440    Southfield, MI 48034
11167555   Capital One    P.O. Box 60599    City of Industry, CA 91716
11175207   Capital One N.A.    by American InfoSource as agent    PO Box 71083    Charlotte, NC 28272–1083
11167556   Care Credit    P.O. Box 965036    Orlando, FL 32896
11167557   CashNet USA    200 West Jackson    Suite 1400    Chicago, IL 60606
11172910   CashNetUSA    175 W Jackson Blvd    Suite 1000    Chicago, IL 60604
11167558   Celtic Bank    4550 New Linden Hill Road    #400    Wilmington, DE 19808
11167559   Credit One Bank    P.O. Box 60500    City of Industry, CA 91716
11167560   Fingerhut    6250 Ridgewood Road    Saint Cloud, MN 56303
11167561   First Access    5109 S Broadland Lane    Sioux Falls, SD 57108
11167562   First Premier Credit Card    601 S Minnesota Ave    Sioux Falls, SD 57104
11167563   Fit Credit Card    4550 New Linden Hill Road    Wilmington, DE 09808
11521112   Flowering Peach BK LLC    PO Box 1149    Grapevine, Tx 76099
11167564   Indigo Credit    P.O. Box 4488    Genisis    Beaverton, OR 97076
11167565   Info@247    100 Ocean Drive    Nashville, TN 37204
11167566   JC Penny    P.O. Box 965007    Orlando, FL 32896
11171426   LVNV Funding, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587
11167567   Maurices    P.O. Box 30253    Salt Lake City, UT 84130
11198739   Medallion Bank    Systems & Services Technologies, Inc.    4315 Pickett Road    St. Joseph, MO 64503
11167568   Mercury Credit Card    2020 6th Street    Brookings, SD 57076
11167569   Milestone Credit Card    P.O. Box 4488    Genesis    Beaverton, OR 67076
11167570   Mutual Finance Inc. of Bessemer    5031 Ford Pkwy    Suite 101    Bessemer, AL 35022
11167571   Norstrom Credit Card    13531 E Caley Avenue    Englewood, CO 80111
11167572   One Man    P.O. Box 1010    Evansville, IN 47706
11167573   Opp Loans    130 E Randolph Street    Suite 1650    Chicago, IL 60601
11215456   Opportunity Financial, LLC    130 E. Randolph Street    Suite 3400    Chicago, IL 60601
11167574   Paypal Credit Card    P.O. Box 965006    Orlando, FL 32896
11208413   Portfolio Recovery Associates, LLC    POB 41067    Norfolk VA 23541
11214438   Premier Bankcard, LLC    Jefferson Capital Systems LLC Assignee    Po Box 7999    Saint Cloud MN 56302–9617
11191349   Quantum3 Group LLC as agent for    Genesis FS Card Services Inc    PO Box 788    Kirkland, WA 98083–0788
11214118   Quantum3 Group LLC as agent for    Sadino Funding LLC    PO Box 788    Kirkland, WA 98083–0788
11180827   REGIONAL MANAGEMENT CORPORATION    979 Batesville Rd Suite B    Greer, SC 29651
11187361   RISE Credit    Peritus Portfolio Services II, LLC    PO BOX 141419    IRVING, TX 75014–1419
11167575   Reflex Credit Care    P.O. Box 8220    Buffalo, NY 14240
11167576   Regional Finance    306 Palisades Blvd    Suite 4    Birmingham, AL 35209
11167577   Rise Credit    4150 International Plaza    Suite 300    Fort Worth, TX 76109
11167546   Royal Furniture    P.O. Box 3784    Memphis, TN 38173
11172526   Royal Furniture Company    P. O. Box 171307    Memphis, TN 38187
11167580   SST/Medallion    1100 East 6600 South    Suite 510    Salt Lake City, UT 84121
11211849   Scolopax, LLC    c/o Weinstein & Riley, PS    1415 Western Avenue, Ste 700    Seattle, WA 98101
11167578   Sky Cash USA    4939, 2637 E Atlantic Blvd    Pompano Beach, FL 33062
11167579   Special Financing Company    25014 BuildAmerica Drive    Hampton, VA 23666
11167581   TBOM/Contfin    4550 New Linden Hill Road    #400    Wilmington, DE 19808

| | | | | |
|---|---|---|---|---|
| 11212290 | TD BANK USA, N.A. | C/O Weinstein & Riley, P.S. | 1415 Western Ave. Suite 700 | Seattle, WA 98101 |
| 11167582 | Total Access | 5109 S Broadband Lane | Sioux Falls, SD 57108 | |
| 11283103 | US Department of Education/MOHELA | 633 Spirit Drive | Chesterfield MO 63005 | |
| 11176103 | Upstart Network, Inc | PO BOX 1931 | Burlingame, CA 94011 | |
| 11167583 | Verizon Wireless | P.O. Box 105378 | Atlanta, GA 30348 | |
| 11167584 | Wal Mart | P.O. Box 965024 | Orlando, FL 32896 | |
| 11167585 | White Pines Lending | 3051 Sand Lake Road | Crandon, WI 54520 | |
| 11167586 | Wood Forest National Bank | 1330 Lake Robins Drive | Spring, TX 77380 | |
| 11201017 | World Finance Co. c/o World Acceptance Corp. | Attn: Bankruptcy Processing Center | PO Box 6429 | Greenville, SC 29606 |
| 11167587 | World Finane | P.O. Box 6429 | Greenville, SC 29606 | |
| 11167547 | World Omni Financial | P.O. Box 91614 | Mobile, AL 36691 | |
| 11214308 | World Omni Financial Corporation | 3120 Rider Trail South | Earth City, Missouri 63045 | |

TOTAL: 66