UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

    PAMELA TIDWELL                        CASE # 23-02088-TOM13

Debtor.

### TRUSTEE'S NOTICE OF CONTINUING DEFAULT

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby gives notice that the Debtor has failed to continue making timely payments as ordered by this Honorable Court. Accordingly, the Trustee moves the Court to dismiss this case without further notice or hearing.

                                          /s/ Bradford W. Caraway
                                          Bradford W. Caraway
                                          Chapter 13 Standing Trustee
                                          P.O. Box 10848
                                          Birmingham, AL 35202-0848
                                          (205) 323-4631

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice has been forwarded by email or U.S. Mail, postage prepaid and properly addressed, to the following on this 9th day of April, 2025:

PAMELA TIDWELL
4036 LONG LEAF DRIVE
GARDENDALE, AL 35071

STEPHEN H JONES, ATTY
SHJLAW@GMAIL.COM

                                          /s/ Bradford W. Caraway
                                          TRUSTEE

# Bradford W. Caraway
# INTERIM STATEMENT AS OF 04/09/2025

CASE NO: 23-02088-TOM13

STATUS: ACTIVE

DEBTOR: XXX-XX-2418
TIDWELL, PAMELA
AKA:
4036 LONG LEAF DRIVE
GARDENDALE, AL 35071

DATE FILED: 08/11/2023
CONFIRMED: 01/08/2024
MODIFIED:
BAR DATE: 10/20/2023  Non-Government
 02/07/2024  Government
PERCENTAGE: 100.000
PLAN: 60 MONTHS
MONTHS ON SCHEDULE: (40 LEFT)
MONTHS TO PAYOFF: (41 LEFT)

EMPLOYER: MEDICAL RESOURCES INC
ATTORNEY: STEPHEN H JONES, ATTY

SCHEDULE: 2,635.00 MONTHLY
TOTAL PAID: 16,963.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 12/12/24 | Court Compass | 1,149.00 |
| 09/30/24 | Court Compass | 2,298.00 |
| 09/04/24 | Court Compass | 1,613.00 |
| 07/10/24 | Court Compass | 1,613.00 |
| 06/10/24 | Court Compass | 1,613.00 |
| 05/14/24 | Court Compass | 1,613.00 |
| 03/07/24 | Court Compass | 1,613.00 |
| 02/08/24 | Personal Check | 806.00 |
| 01/03/24 | STEPHEN H | 807.00 |
| 12/11/23 | STEPHEN H | 1,613.00 |
| 11/02/23 | Personal Check | 975.00 |
| 09/18/23 | Personal Check | 1,250.00 |

## DIRECT PAY AND NOT FILED CLAIMS

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 328990 | ALABAMA POWER | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
|  | 323546 | ALAGASCO | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
|  | 307642 | AMAZON | PRO | UNS | 0.00 | 0.00 | 622.00 | 0.00 | 0.00 | NOT FILED |
|  | 270107 | AT&T | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NOT FILED |
|  | 308814 | SYNCB/CARE CREDIT | PRO | UNS | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 | NOT FILED |
|  | 325506 | CELTIC BANK | PRO | UNS | 0.00 | 0.00 | 553.00 | 0.00 | 0.00 | NOT FILED |
|  | 252874 | FINGERHUT | PRO | UNS | 0.00 | 0.00 | 1,737.00 | 0.00 | 0.00 | NOT FILED |
|  | 325507 | FIRST ACCESS | PRO | UNS | 0.00 | 0.00 | 503.00 | 0.00 | 0.00 | NOT FILED |
|  | 325508 | FIT CREDIT CARD | PRO | UNS | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | NOT FILED |
|  | 325509 | INDIGO CREDIT | PRO | UNS | 0.00 | 0.00 | 341.00 | 0.00 | 0.00 | NOT FILED |
|  | 338565 | 1ST CHOICE PROPERTIES | PRO | UNS | 0.00 | 0.00 | 400.00 | 0.00 | 0.00 | NOT FILED |
|  | 303182 | J C PENNEY | PRO | UNS | 0.00 | 0.00 | 525.00 | 0.00 | 0.00 | NOT FILED |
|  | 330802 | MAURICES | PRO | UNS | 0.00 | 0.00 | 393.00 | 0.00 | 0.00 | NOT FILED |
|  | 325512 | MERCURY CREDIT CARD | PRO | UNS | 0.00 | 0.00 | 1,576.00 | 0.00 | 0.00 | NOT FILED |
|  | 325307 | MILESTONE | PRO | UNS | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 | NOT FILED |
|  | 282348 | MUTUAL FINANCE INC OF BESSEMER | PRO | UNS | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | NOT FILED |
|  | 318208 | NORDSTROM | PRO | UNS | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 | NOT FILED |
|  | 317417 | ONE MAIN | PRO | UNS | 0.00 | 0.00 | 6,597.00 | 0.00 | 0.00 | NOT FILED |
|  | 330803 | PAYPAL CREDIT CARD | PRO | UNS | 0.00 | 0.00 | 310.00 | 0.00 | 0.00 | NOT FILED |
|  | 325514 | REFLEX CREDIT CARE | PRO | UNS | 0.00 | 0.00 | 554.00 | 0.00 | 0.00 | NOT FILED |
|  | 325515 | SKY CASH USA | PRO | UNS | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 | NOT FILED |
|  | 325516 | SPECIAL FINANCING COMPANY | PRO | UNS | 0.00 | 0.00 | 4,964.00 | 0.00 | 0.00 | NOT FILED |
|  | 330805 | SST | PRO | UNS | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | NOT FILED |
|  | 335437 | TBOM | PRO | UNS | 0.00 | 0.00 | 430.00 | 0.00 | 0.00 | NOT FILED |
|  | 325517 | TOTAL ACCESS | PRO | UNS | 0.00 | 0.00 | 567.00 | 0.00 | 0.00 | NOT FILED |
|  | 241999 | VERIZON WIRELESS | PRO | UNS | 0.00 | 0.00 | 149.00 | 0.00 | 0.00 | NOT FILED |
|  | 297666 | WALMART | PRO | UNS | 0.00 | 0.00 | 200.00 | 0.00 | 0.00 | NOT FILED |
|  | 321538 | CB INDIGO | PRO | UNS | 0.00 | 0.00 | 681.00 | 0.00 | 0.00 | NOT FILED |
|  | 337801 | CB/Flbty | PRO | UNS | 0.00 | 0.00 | 1,385.00 | 0.00 | 0.00 | NOT FILED |
|  | 327773 | CB / JESSION | PRO | UNS | 0.00 | 0.00 | 485.00 | 0.00 | 0.00 | NOT FILED |
|  | 329588 | CB/OLDPUEBLO | PRO | UNS | 0.00 | 0.00 | 854.00 | 0.00 | 0.00 | NOT FILED |
| 001 | 299500 | BIRMINGHAM WATER WORKS BOARD | PRO | UNS | 0.00 | 0.00 | 71.11 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 002 | 343783 | FLOWERING PEACH | PRO | UNS 100.0000 | 10/2024 | 0.00 0.00 | 2,135.39 | 2,135.39 2,135.39 | 176.66 0.00 | 1,958.73 0.00 |
| 003 | 281078 | LVNV FUNDING LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 0.00 | 660.28 | 660.28 660.28 | 54.41 0.00 | 605.87 0.00 |
| 004 | 289904 | ASHLEY FUNDING SERVICES LLC | PRO | UNS 100.0000 |  | 0.00 0.00 | 15.00 | 15.00 15.00 | 0.00 0.00 | 15.00 0.00 |

Bradford W. Caraway
INTERIM STATEMENT AS OF 04/09/2025

CASE NO: 23-02088-TOM13

STATUS:

ACTIVE        DEBTOR: XXX-XX-2418
              TIDWELL, PAMELA                                              SCHEDULE:    2,635.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% / INT. RATE | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 005 | 328198 | ROYAL FURNITURE COMPANY | FIX | SEC 100.0000 / 5.0000 | 01/2025 | 25.00 / 84.58 | 956.80 / 08/11/2023 | 956.80 / 956.80 | 276.97 / 63.45 | 679.83 / 11.32 |
| 005 | 328198 | ROYAL FURNITURE COMPANY Split Claim | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 0.00 | 3,870.83 / 3,870.83 | 320.24 / 0.00 | 3,550.59 / 0.00 |
| 006 | 311120 | CASHNET USA | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 3,595.98 | 3,595.98 / 3,595.98 | 297.48 / 0.00 | 3,298.50 / 0.00 |
| 007 | 324860 | CAPITAL ONE BANK | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 1,437.73 | 1,437.73 / 1,437.73 | 118.92 / 0.00 | 1,318.81 / 0.00 |
| 008 | 303484 | WOODFOREST NATIONAL BANK | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 2,000.00 | 2,000.00 / 2,000.00 | 165.45 / 0.00 | 1,834.55 / 0.00 |
| 009 | 333412 | UPSTART NETWORK | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 1,010.60 | 1,010.60 / 1,010.60 | 83.56 / 0.00 | 927.04 / 0.00 |
| 010 | 316643 | REGIONAL MANAGEMENT CORPORATIC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 5,148.62 | 5,148.62 / 5,148.62 | 424.39 / 0.00 | 4,724.23 / 0.00 |
| 011 | 327764 | RISE CREDIT C/O | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 3,554.45 | 3,554.45 / 3,554.45 | 294.04 / 0.00 | 3,260.41 / 0.00 |
| 012 | 330033 | QUANTUM 3 GROUP LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 255.30 | 255.30 / 255.30 | 21.00 / 0.00 | 234.30 / 0.00 |
| 013 | 263693 | MEDALLION BANK | PRO | UNS 100.0000 | 09/2024 | 0.00 / 0.00 | 167.53 | 167.53 / 167.53 | 10.60 / 0.00 | 156.93 / 0.00 |
| 014 | 313079 | WORLD FINANCE CORPORATION | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 1,110.00 | 1,110.00 / 1,110.00 | 91.76 / 0.00 | 1,018.24 / 0.00 |
| 015 | 281078 | LVNV FUNDING LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 576.29 | 576.29 / 576.29 | 47.48 / 0.00 | 528.81 / 0.00 |
| 016 | 273874 | PORTFOLIO RECOVERY ASSOCIATES, L | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 1,076.30 | 1,076.30 / 1,076.30 | 88.98 / 0.00 | 987.32 / 0.00 |
| 017 | 273874 | PORTFOLIO RECOVERY ASSOCIATES, L | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 613.23 | 613.23 / 613.23 | 50.53 / 0.00 | 562.70 / 0.00 |
| 018 | 281078 | LVNV FUNDING LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 3,608.07 | 3,608.07 / 3,608.07 | 298.46 / 0.00 | 3,309.61 / 0.00 |
| 019 | 281078 | LVNV FUNDING LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 541.50 | 541.50 / 541.50 | 44.63 / 0.00 | 496.87 / 0.00 |
| 020 | 281078 | LVNV FUNDING LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 507.90 | 507.90 / 507.90 | 41.79 / 0.00 | 466.11 / 0.00 |
| 021 | 324712 | SCOLOPAX LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 2,329.91 | 2,329.91 / 2,329.91 | 192.75 / 0.00 | 2,137.16 / 0.00 |
| 022 | 312729 | TD BANK USA | PRO | UNS 100.0000 | 08/2024 | 0.00 / 0.00 | 239.04 | 239.04 / 239.04 | 12.24 / 0.00 | 226.80 / 0.00 |
| 023 | 273874 | PORTFOLIO RECOVERY ASSOCIATES, L | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 977.91 | 977.91 / 977.91 | 80.87 / 0.00 | 897.04 / 0.00 |
| 024 | 330033 | QUANTUM 3 GROUP LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 3,331.08 | 3,331.08 / 3,331.08 | 275.58 / 0.00 | 3,055.50 / 0.00 |
| 025 | 332223 | WORLD OMNI FINANCIAL CORP Split Claim | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 0.00 | 9,791.12 / 9,791.12 | 807.01 / 0.00 | 8,984.11 / 0.00 |
| 025 | 332223 | WORLD OMNI FINANCIAL CORP 17 TOYOTA CAMRY | FIX | SEC 100.0000 / 10.2500 | 04/2025 | 390.00 / 1,282.85 | 14,100.00 / 08/11/2023 | 16,800.00 / 16,800.00 | 2,058.98 / 2,508.17 | 14,741.02 / 468.36 |
| 026 | 311727 | PREMIER BANKCARD, LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 520.88 | 520.88 / 520.88 | 42.92 / 0.00 | 477.96 / 0.00 |
| 027 | 273874 | PORTFOLIO RECOVERY ASSOCIATES, L | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 6,541.35 | 6,541.35 / 6,541.35 | 539.20 / 0.00 | 6,002.15 / 0.00 |
| 028 | 324712 | SCOLOPAX LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 2,471.01 | 2,471.01 / 2,471.01 | 204.41 / 0.00 | 2,266.60 / 0.00 |
| 029 | 324234 | OPPORTUNITY FINANCIAL LLC | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 3,093.00 | 3,093.00 / 3,093.00 | 218.33 / 0.00 | 2,874.67 / 0.00 |
| 030 | 326503 | US DEPT OF EDUCATION/MOHELA | PRO | UNS 100.0000 | 10/2024 | 0.00 / 0.00 | 29,000.00 | 29,000.00 / 29,000.00 | 2,399.03 / 0.00 | 26,600.97 / 0.00 |
| 777 | 000000 | DEBTOR | PRO-I | REF 100.0000 | | 0.00 / 0.00 | Continuing | Continuing / Continuing | 0.00 | Closed |
| 994 | 20440 | COURT COST | FIX | SPC 100.0000 | 12/2023 | 70.00 / 0.00 | | 313.00 / 313.00 | 313.00 / 0.00 | 0.00 / 0.00 |
| 997A | 44227 | STEPHEN H JONES, ATTY Attorney of Record | FIX | ATY 100.0000 | 02/2024 | 2,950.00 / 0.00 | 4,500.00 | 2,950.00 / 2,950.00 | 2,950.00 / 0.00 | 0.00 / 0.00 |

# Bradford W. Caraway
## INTERIM STATEMENT AS OF 04/09/2025

CASE NO: 23-02088-TOM13

STATUS:

ACTIVE      DEBTOR: XXX-XX-2418

TIDWELL, PAMELA      SCHEDULE: 2,635.00 MONTHLY

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE | CLASS PAY% | LAST DISB INT. RATE | FIX PAY ARREARS | ORG. CLAIM INT. BEGIN | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 997B | 44227 | STEPHEN H JONES, ATTY<br>2nd Atty Claim | FIX | ATY<br>100.0000 | 02/2024 | 300.00<br>0.00 | | 300.00<br>300.00 | 300.00<br>0.00 | 0.00<br>0.00 |
| | | Trustee Administrative Fees | | | | | | 1,087.30 | 1,087.30 | |
| | | | | | TOTALS: | 3,735.00<br>1,367.43 | 96,075.15 | 112,587.40<br>112,587.40 | 14,388.97<br>2,571.62 | 98,198.43<br>479.68 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| CLAIM AMOUNT: | 313.00 | 3,250.00 | 0.00 | 17,756.80 | 90,180.30 | 0.00 | | |
| PAID BY TRUSTEE: | 313.00 | 3,250.00 | 0.00 | 2,335.95 | 7,402.72 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 15,420.85 | 82,777.58 | 0.00 | DUE CREDITORS: | 98,678.11 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 479.68 | 0.00 | 0.00 | EXPECTED ADMIN: | 6,759.46 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 2.41 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 15,900.53 | 82,777.58 | 0.00 | APPROX BALANCE: | 105,435.16 |

PREVIOUS CASES:

| PREVIOUS CASES: | 19-01542-TOM13 | DISMISSED | 02/12/2021 | Amount Received | 20,973.75 | Dismissed after Confirmation |
|---|---|---|---|---|---|---|
| | 21-00365-TOM13 | DISMISSED | 07/13/2023 | Amount Received | 17,192.00 | Dismissed after Confirmation |
| | 9400174 | CONVERTED | 06/29/1994 | | | |
| | 0508092 | DISMISSED | 12/19/2005 | Dismissed Prior to Confirmation | | |

1st PAYMENT DUE: 09/10/2023

     TRUSTEE'S SCHEDULE: 19,598.00

     ACTUAL PAYMENTS: 16,963.00

     AMOUNT BEHIND: 2,635.00

Schedule Required to Pay Out Case in 60 Months: 2,671.08 MONTHLY (for 40 Months)