# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:**  Pamela Tidwell  **SSN:** xxx−xx−2418  **Debtor(s)** | **Case No.** 23−02088−TOM13  **Chapter** 13 |

## ORDER ON DISMISSAL OF CHAPTER 13 PROCEEDINGS

This matter came before the Court on **03/06/25** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss**. The motion was denied conditioned upon the Debtor meeting certain requirements. The Chapter 13 Trustee has notified the Court of the Debtor's non−compliance by filing a Notice of Continuing Default on **04/09/25.** It appears to the Court that the Trustee's Motion to Dismiss is due to be **GRANTED.**

It is therefore **ORDERED, ADJUDGED, and DECREED** that the Trustee's Motion to Dismiss Chapter 13 case is **GRANTED** and this case is **DISMISSED.**

Dated: April 15, 2025

/s/ Tamara O Mitchell
United States Bankruptcy Judge

mda