# Notice Recipients

District/Off: 1126–2    User: admin    Date Created: 4/15/2025
Case: 23–02088–TOM13    Form ID: van123    Total: 69

**Recipients of Notice of Electronic Filing:**
tr      Bradford W. Caraway       ctmail@ch13bham.com
aty     Paul J Spina, III         pspina@spinalavelle.com
aty     Stephen H Jones           shjlaw@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Pamela Tidwell | 4036 Long Leaf Drive | Gardendale, AL 35071 | | |
| cr | Flowering Peach BK LLC | PO Box 1149 | Grapevine, Tx 76099 | | |
| 11167548 | 1st Franklin Financial | P.O. Box 250 | Bessemer, AL 35021 | | |
| 11168601 | 1st Franklin Financial Corporation | Attn: Administrative Services | PO Box 880 | Toccoa Ga, 30577 | |
| 11167552 | AT&T | P.O. Box 105503 | Atlanta, GA 30348 | | |
| 11167549 | Alabama Power | P.O. Box 242 | Birmingham, AL 35246 | | |
| 11167550 | Alagasco | 20 South 20th Street | Birmingham, AL 35295 | | |
| 11167551 | Amazon Credit | P.O. Box 965015 | Orlando, FL 32896 | | |
| 11171427 | Ashley Funding Services, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 | |
| 11167553 | Bank of Missouri | 5109 S Broadband Lane | Sioux Falls, SD 57109 | | |
| 11167554 | Birmingham Water Works Board | 3600 1st Avenue North | Birmingham, AL 35222 | | |
| 11215455 | Brandon S. Lefkowitz | 29777 Telegraph Road, Suite 2440 | Southfield, MI 48034 | | |
| 11167555 | Capital One | P.O. Box 60599 | City of Industry, CA 91716 | | |
| 11175207 | Capital One N.A. | by American InfoSource as agent | PO Box 71083 | Charlotte, NC 28272–1083 | |
| 11167556 | Care Credit | P.O. Box 965036 | Orlando, FL 32896 | | |
| 11167557 | CashNet USA | 200 West Jackson | Suite 1400 | Chicago, IL 60606 | |
| 11172910 | CashNetUSA | 175 W Jackson Blvd | Suite 1000 | Chicago, IL 60604 | |
| 11167558 | Celtic Bank | 4550 New Linden Hill Road | #400 | Wilmington, DE 19808 | |
| 11167559 | Credit One Bank | P.O. Box 60500 | City of Industry, CA 91716 | | |
| 11167560 | Fingerhut | 6250 Ridgewood Road | Saint Cloud, MN 56303 | | |
| 11167561 | First Access | 5109 S Broadland Lane | Sioux Falls, SD 57108 | | |
| 11167562 | First Premier Credit Card | 601 S Minnesota Ave | Sioux Falls, SD 57104 | | |
| 11167563 | Fit Credit Card | 4550 New Linden Hill Road | Wilmington, DE 09808 | | |
| 11521112 | Flowering Peach BK LLC | PO Box 1149 | Grapevine, Tx 76099 | | |
| 11167564 | Indigo Credit | P.O. Box 4488 | Genisis | Beaverton, OR 97076 | |
| 11167565 | Info@247 | 100 Ocean Drive | Nashville, TN 37204 | | |
| 11167566 | JC Penny | P.O. Box 965007 | Orlando, FL 32896 | | |
| 11171426 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 | |
| 11167567 | Maurices | P.O. Box 30253 | Salt Lake City, UT 84130 | | |
| 11198739 | Medallion Bank | Systems & Services Technologies, Inc. | 4315 Pickett Road | St. Joseph, MO 64503 | |
| 11167568 | Mercury Credit Card | 2020 6th Street | Brookings, SD 57076 | | |
| 11167569 | Milestone Credit Card | P.O. Box 4488 | Genesis | Beaverton, OR 67076 | |
| 11167570 | Mutual Finance Inc. of Bessemer | 5031 Ford Pkwy | Suite 101 | Bessemer, AL 35022 | |
| 11167571 | Norstrom Credit Card | 13531 E Caley Avenue | Englewood, CO 80111 | | |
| 11167572 | One Man | P.O. Box 1010 | Evansville, IN 47706 | | |
| 11167573 | Opp Loans | 130 E Randolph Street | Suite 1650 | Chicago, IL 60601 | |
| 11215456 | Opportunity Financial, LLC | 130 E. Randolph Street | Suite 3400 | Chicago, IL 60601 | |
| 11167574 | Paypal Credit Card | P.O. Box 965006 | Orlando, FL 32896 | | |
| 11208413 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk VA 23541 | | |
| 11214438 | Premier Bankcard, LLC | Jefferson Capital Systems LLC Assignee | Po Box 7999 | Saint Cloud MN 56302–9617 | |
| 11191349 | Quantum3 Group LLC as agent for | Genesis FS Card Services Inc | PO Box 788 | Kirkland, WA 98083–0788 | |
| 11214118 | Quantum3 Group LLC as agent for | Sadino Funding LLC | PO Box 788 | Kirkland, WA 98083–0788 | |
| 11180827 | REGIONAL MANAGEMENT CORPORATION | 979 Batesville Rd Suite B | Greer, SC 29651 | | |
| 11187361 | RISE Credit | Peritus Portfolio Services II, LLC | PO BOX 141419 | IRVING, TX 75014–1419 | |
| 11167575 | Reflex Credit Care | P.O. Box 8220 | Buffalo, NY 14240 | | |
| 11167576 | Regional Finance | 306 Palisades Blvd | Suite 4 | Birmingham, AL 35209 | |
| 11167577 | Rise Credit | 4150 International Plaza | Suite 300 | Fort Worth, TX 76109 | |
| 11167546 | Royal Furniture | P.O. Box 3784 | Memphis, TN 38173 | | |
| 11172526 | Royal Furniture Company | P. O. Box 171307 | Memphis, TN 38187 | | |
| 11167580 | SST/Medallion | 1100 East 6600 South | Suite 510 | Salt Lake City, UT 84121 | |
| 11211849 | Scolopax, LLC | c/o Weinstein & Riley, PS | 1415 Western Avenue, Ste 700 | Seattle, WA 98101 | |
| 11167578 | Sky Cash USA | 4939, 2637 E Atlantic Blvd | Pompano Beach, FL 33062 | | |
| 11167579 | Special Financing Company | 25014 BuildAmerica Drive | Hampton, VA 23666 | | |
| 11167581 | TBOM/Contfin | 4550 New Linden Hill Road | #400 | Wilmington, DE 19808 | |

| | | | | |
|---|---|---|---|---|
| 11212290 | TD BANK USA, N.A. | C/O Weinstein & Riley, P.S. | 1415 Western Ave. Suite 700 | Seattle, WA 98101 |
| 11167582 | Total Access | 5109 S Broadband Lane | Sioux Falls, SD 57108 | |
| 11283103 | US Department of Education/MOHELA | 633 Spirit Drive | Chesterfield MO 63005 | |
| 11176103 | Upstart Network, Inc | PO BOX 1931 | Burlingame, CA 94011 | |
| 11167583 | Verizon Wireless | P.O. Box 105378 | Atlanta, GA 30348 | |
| 11167584 | Wal Mart | P.O. Box 965024 | Orlando, FL 32896 | |
| 11167585 | White Pines Lending | 3051 Sand Lake Road | Crandon, WI 54520 | |
| 11167586 | Wood Forest National Bank | 1330 Lake Robins Drive | Spring, TX 77380 | |
| 11201017 | World Finance Co. c/o World Acceptance Corp. | Attn: Bankruptcy Processing Center | PO Box 6429 | Greenville, SC 29606 |
| 11167587 | World Finane | P.O. Box 6429 | Greenville, SC 29606 | |
| 11167547 | World Omni Financial | P.O. Box 91614 | Mobile, AL 36691 | |
| 11214308 | World Omni Financial Corporation | 3120 Rider Trail South | Earth City, Missouri 63045 | |

TOTAL: 66