# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In re: PAMELA TIDWELL                                          Case No.: 23-02088-TOM13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Bradford W. Caraway, chapter 13 standing trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2023.
2) The plan was confirmed on 01/08/2024.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 07/09/2024, 03/07/2025.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/05/2025.
5) The case was dismissed on 04/15/2025.
6) Number of months from filing or conversion to last payment: 16.
7) Number of months case was pending: 23.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 7,555.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $16,963.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $16,963.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,250.00 |
| Court Costs: | $313.00 |
| Trustee Expenses and Compensation: | $1,087.45 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,650.45 |
| Attorney fees paid and disclosed by debtor: | $1,250.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| 1ST CHOICE PROPERTIES | Unsecured | 400.00 | NA | NA | .00 | .00 |
| ALABAMA POWER | Unsecured | NA | NA | NA | .00 | .00 |
| ALAGASCO | Unsecured | NA | NA | NA | .00 | .00 |
| AMAZON | Unsecured | 622.00 | NA | NA | .00 | .00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 15.00 | 15.00 | .00 | .00 |
| AT&T | Unsecured | NA | NA | NA | .00 | .00 |
| BIRMINGHAM WATER WORKS BOARD | Unsecured | NA | 71.11 | 71.11 | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 503.00 | 1,437.73 | 1,437.73 | 118.92 | .00 |
| CASHNET USA | Unsecured | 1,000.00 | 3,595.98 | 3,595.98 | 297.48 | .00 |
| CB / JESSION | Unsecured | 485.00 | NA | NA | .00 | .00 |
| CB INDIGO | Unsecured | 681.00 | NA | NA | .00 | .00 |
| CB/Fllbty | Unsecured | 1,385.00 | NA | NA | .00 | .00 |
| CB/OLDPUEBLO | Unsecured | 854.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

In re:  PAMELA TIDWELL                                                                           Case No.:  23-02088-TOM13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CELTIC BANK | Unsecured | 553.00 | NA | NA | .00 | .00 |
| CONTINENTAL FINANCE CO | Unsecured | 430.00 | NA | NA | .00 | .00 |
| FINGERHUT | Unsecured | 1,737.00 | NA | NA | .00 | .00 |
| FIRST ACCESS | Unsecured | 503.00 | NA | NA | .00 | .00 |
| FIT CREDIT CARD | Unsecured | 400.00 | NA | NA | .00 | .00 |
| FLOWERING PEACH | Unsecured | 2,154.00 | 2,135.39 | 2,135.39 | 176.66 | .00 |
| INDIGO CREDIT | Unsecured | 341.00 | NA | NA | .00 | .00 |
| J C PENNEY | Unsecured | 525.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 661.00 | 660.28 | 660.28 | 54.41 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 576.29 | 576.29 | 47.48 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 3,608.07 | 3,608.07 | 298.46 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 541.50 | 541.50 | 44.63 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 507.90 | 507.90 | 41.79 | .00 |
| MAURICES | Unsecured | 393.00 | NA | NA | .00 | .00 |
| MEDALLION | Unsecured | 10,000.00 | NA | NA | .00 | .00 |
| MERCURY CREDIT CARD | Unsecured | 1,576.00 | NA | NA | .00 | .00 |
| MILESTONE | Unsecured | 500.00 | NA | NA | .00 | .00 |
| MUTUAL FINANCE INC OF BESSEMER | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| NORDSTROM | Unsecured | 285.00 | NA | NA | .00 | .00 |
| ONE MAIN | Unsecured | 6,597.00 | NA | NA | .00 | .00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | NA | 3,093.00 | 3,093.00 | 218.33 | .00 |
| PAYPAL CREDIT CARD | Unsecured | 310.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 800.00 | 613.23 | 613.23 | 50.53 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | 1,100.00 | 1,076.30 | 1,076.30 | 88.98 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | NA | 977.91 | 977.91 | 80.87 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, L | Unsecured | NA | 6,541.35 | 6,541.35 | 539.20 | .00 |
| PREMIER BANKCARD, LLC | Unsecured | 500.00 | 520.88 | 520.88 | 42.92 | .00 |
| QUANTUM 3 GROUP LLC | Unsecured | 3,000.00 | 3,331.08 | 3,331.08 | 275.58 | .00 |
| QUANTUM 3 GROUP LLC | Unsecured | NA | 255.30 | 255.30 | 21.00 | .00 |
| REFLEX CREDIT CARE | Unsecured | 554.00 | NA | NA | .00 | .00 |
| REGIONAL MANAGEMENT CORPORATIO | Unsecured | 3,000.00 | 5,148.62 | 5,148.62 | 424.39 | .00 |
| RISE CREDIT C/O | Unsecured | 3,500.00 | 3,554.45 | 3,554.45 | 294.04 | .00 |
| ROYAL FURNITURE COMPANY | Secured | 957.00 | 956.80 | 956.80 | 276.97 | 63.61 |
| ROYAL FURNITURE COMPANY | Unsecured | NA | 3,870.83 | 3,870.83 | 320.24 | .00 |
| SCOLOPAX LLC | Unsecured | NA | 2,329.91 | 2,329.91 | 192.75 | .00 |
| SCOLOPAX LLC | Unsecured | NA | 2,471.01 | 2,471.01 | 204.41 | .00 |
| SKY CASH USA | Unsecured | 300.00 | NA | NA | .00 | .00 |
| SPECIAL FINANCING COMPANY | Unsecured | 4,964.00 | NA | NA | .00 | .00 |
| SYNCB/CARE CREDIT | Unsecured | 350.00 | NA | NA | .00 | .00 |
| SYSTEMS & SERVICES TECHNOLOGIES | Unsecured | NA | 167.53 | 167.53 | 10.60 | .00 |

0028-1R-EPIE1R-00200650-237902

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: PAMELA TIDWELL                                Case No.: 23-02088-TOM13

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TD BANK USA | Unsecured | NA | 239.04 | 239.04 | 12.24 | .00 |
| TOTAL ACCESS | Unsecured | 567.00 | NA | NA | .00 | .00 |
| UPSTART NETWORK | Unsecured | NA | 1,010.60 | 1,010.60 | 83.56 | .00 |
| US DEPT OF EDUCATION/MOHELA | Unsecured | NA | 29,000.00 | 29,000.00 | 2,399.03 | .00 |
| VERIZON WIRELESS | Unsecured | 149.00 | NA | NA | .00 | .00 |
| WALMART | Unsecured | 200.00 | NA | NA | .00 | .00 |
| WOODFOREST NATIONAL BANK | Unsecured | 2,000.00 | 2,000.00 | 2,000.00 | 165.45 | .00 |
| WORLD FINANCE CORPORATION | Unsecured | 997.00 | 1,110.00 | 1,110.00 | 91.76 | .00 |
| WORLD OMNI FINANCIAL CORP | Secured | 16,800.00 | 14,100.00 | 16,800.00 | 2,058.98 | 2,510.27 |
| WORLD OMNI FINANCIAL CORP | Secured | NA | 9,791.12 | 9,791.12 | 807.01 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 26,591.12 | 2,865.99 | 2,510.27 |
| All Other Secured: | 956.80 | 276.97 | 63.61 |
| **TOTAL SECURED:** | 27,547.92 | 3,142.96 | 2,573.88 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 80,460.29 | 6,595.71 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,650.45 |
| Disbursements to Creditors: | $12,312.55 |
| **TOTAL DISBURSEMENTS:** | $16,963.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/03/2025                 By: /s/Bradford W. Caraway
                                     Chapter 13 Standing Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.